UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETROBRAS SECURITIES LITIGATION<br><br>This Document Applies to:<br><br>*Janus Overseas Fund, et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, Case No. 15-cv-10086 (JSR) | No. 14-cv-9662 (JSR) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (a) Plaintiffs Janus Overseas Fund, Janus Global Select Fund, Janus Emerging Markets Fund, Janus Aspen Overseas Portfolio, and Janus Emerging Markets Fund (a/k/a JCF Emerging Markets Fund); and (b) Defendants Petróleo Brasileiro S.A. – Petrobras, Almir Guilherme Barbassa, José Carlos Cosenza, Guillerme de Oliveira Estrella, and José Miranda Formigli Filho, by and through their respective counsel of record, hereby stipulate to dismiss the above-captioned action with prejudice. Each party will bear its own attorneys' fees and costs.

Dated: October 26, 2016

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____
Steven E. Fineman
Joy A. Kruse
Daniel P. Chiplock
Michael J. Miarmi
Douglas I. Cuthbertson
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel.: (212) 355-9500
Fax: (212) 355-9592

1

        Richard M. Heimann
        Bruce W. Leppla
        Sharon M. Lee
        275 Battery Street, 29th Floor
        San Francisco, CA 94111-3339
        Tel.: (415) 956-1000
        Fax: (415) 956-1008

*Counsel for Plaintiffs*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: ___/s/ Roger A. Cooper___ /with permission m/jm
        Lewis J. Liman
        Roger A. Cooper
        Luke A. Barefoot
        Elizabeth Vicens
        Jared Gerber
        One Liberty Plaza
        New York, NY 10006
        Tel: (212) 225-2000
        Fax: (212) 225-3999

*Counsel for Defendants Petróleo Brasileiro S.A. – Petrobras; Almir Guilherme Barbassa; José Carlos Cosenza; Guillerme de Oliveira Estrella; and José Miranda Formigli Filho*